**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**
**Civil Action No.: 2:18-cv-00735-DCN**

| | | |
|---|---|---|
| MARK FULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION OF DEFEDANT, FINCHER,** |
| | ) | **PATRICK, WEIR, LLC, TO DISMISS** |
| v. | ) | **PURSUANT TO FED.R.CIV.P. 12(b)(6) FOR** |
| | ) | **FAILURE TO STATE A CLAIM UPON** |
| FINCHER, PATRICK, WEIR, LLC, | ) | **WHICH RELIEF CAN BE GRANTED AND** |
| AND BI-LO, LLC, | ) | **TO DISMISS PURSUANT TO FED.R.CIV.P.** |
| | ) | **12(b)(1) FOR LACK OF SUBJECT MATTER** |
| Defendants. | ) | **JURISDICTION** |
| | ) | |

**TO:   ANTHONY J BRADY, ESQ., ATTORNEY FOR PLAINTIFF, MARK FULTZ, AND TO PLAINTIFF, MARK FULTZ.**

**PLEASE TAKE NOTICE THAT** pursuant to FED.R.CIV.P. 12(b)(1) and (6) Defendant, Fincher, Patrick, Weir, LLC (hereinafter collectively referred to as "Fincher") by and through its undersigned counsel, shall move before the Honorable David C. Norton, Judge, United States District Court for the District of South Carolina at the United States District Courthouse located at 80 Broad Street, Charleston, South Carolina, within ten (10) days after service hereof or within such time as this Court may allow, for an order dismissing this matter. This motion is made on the grounds stated in the Memorandum in Support of the Motion of Defendant, Fincher, Patrick, Weir, LLC, to Dismiss Pursuant to FED.R.CIV.P. 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted and to Dismiss Pursuant to FED.R.CIV.P. 12(b)(1) for Lack of Subject Matter Jurisdiction of even date herewith.

Respectfully Submitted,

**PRITCHARD LAW GROUP, LLC**

*/s/ Edward K. Pritchard, III*
Edward K. Pritchard, III, Esq.
Fed. ID No. 4790
129 Broad Street (29401)
Post Office Box 630
Charleston, South Carolina 29402
Phone: (843) 722-3300
Fax: (843) 722-3379
epritchard@pritchardlawgroup.com
*Attorneys for Defendant, Fincher, Patrick, Weir, LLC*

March 21, 2018
Charleston, South Carolina

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Motion of Defendant, Fincher, Patrick, Weir, LLC, to Dismiss Pursuant to FED.R.CIV.P. 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted and to Dismiss Pursuant to FED.R.CIV.P. 12(b)(1) for Lack of Subject Matter Jurisdiction* to was filed electronically as listed and and/or to those required by U.S. Mail, First Class, Postage Paid, to all known counsel of record, as follows:

Anthony J. Brady Jr., Esq.
Federal Id No.: 15506
1670-9 Springdale Drive
PMB 159
Camden, South Carolina 29020
Ladbrady@gmail.om
***Attorney for Plaintiff, Mark Fultz***

-AND-

Christy Ford Allen, Esq.
Federal Id No.: 07549
WILLS MASSALON & ALLEN, LLC
97 Broad Street (29401)
Post Office Box 859
Charleston, South Carolina 29402
callen@wmalawfirm.net
***Attorneys for Defendant, Bi-Lo***

**PRITCHARD LAW GROUP, LLC**

*/s/ Edward K. Pritchard, III*
Edward K. Pritchard, III, Esq.
Fed. ID No. 4790
129 Broad Street (29401)
Post Office Box 630
Charleston, South Carolina 29402
Phone: (843) 722-3300
Fax: (843) 722-3379
epritchard@pritchardlawgroup.com
***Attorneys for Defendant, Fincher, Patrick, Weir, LLC***

March 21, 2018
Charleston, South Carolina